UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ramone Brown,<br><br>    Plaintiff,<br><br> v.<br><br>Ty Jindra and City of Minneapolis,<br><br>    Defendants. | Case No.: 22-cv-2508 (DTS)<br><br>**STIPULATION OF DISMISSAL** |

The parties, by and through their undersigned counsel, stipulate that the Court may dismiss all claims and parties with prejudice and without costs to any party.

| | |
|---|---|
| Dated: August 22, 2023 | Dated: August 22, 2023 |
| The Law Office of Alicia L. Anderson | KRISTYN M. ANDERSON<br>City Attorney |
| /s/Alicia L. Anderson | By |
| Alicia L. Anderson, MN #0275700 | /s/Heather P. Robertson |
| 5108 West 74th St., Unit 398092 | HEATHER P. ROBERTSON (#0390470) |
| Edina, MN 5439 | SHARDA ENSLIN (#0389370) |
| (952) 222-4315 | Assistant City Attorneys |
| alicia@andersonemploymentlaw.com | Room 210, City Hall |
| | 350 South Fifth Street |
| The Law Office of Joshua R. Williams | Minneapolis, MN  55415 |
| | (612) 673-3949 |
| /s/Joshua R. Williams | (612) 673-2180 |
| Joshua R. Williams (#389118) | heather.robertson@minneapolismn.gov |
| 1010 West Lake Street | sharda.enslin@minneapolismn.gov |
| Minneapolis, MN 55408 | |
| (612) 486-5540 | *Attorneys for Defendant City of* |
| jwilliams@jrwilliamslaw.com | *Minneapolis* |

1

Capitol City Law Group

<u>/s/ A. L. Brown</u>
A. L. Brown (# 331909)
287 East Sixth Street, Suite 20
St. Paul, MN 55101
a.l.brown@cclawg.com

*Attorneys for Plaintiff Ramone Brown*

Dated: August 8, 2023

<u>s/Aaron M. Bostrom</u>
Jason M. Hiveley, #311546
Aaron M. Bostrom, #401773
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN  55438
(952) 548-7200
Fax: (952) 548-7210
jasonh@iversonlaw.com
aaron@iversonlaw.com

*Attorneys for Defendant Ty Jindra*