UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ramone Brown,<br><br>  Plaintiff,<br><br>v.<br><br>Ty Jindra and City of Minneapolis,<br><br>  Defendants. | Case No.: 22-cv-2508 (DTS)<br><br>**[PROPOSED]**<br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties (Doc. 38), all claims are hereby dismissed with prejudice and without costs to any party.

Dated: _____

_____
The Honorable David T. Schultz
United States Magistrate Judge
District of Minnesota

1